AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

ARTURO TORRES OCHOA,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                CASE NUMBER:   3:15-cv-00099-MMD-VPC

T. EDWARDS, et al.,

      Defendant(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with this Court's February 19, 2015 order.

    March 25, 2015                                       **LANCE S. WILSON**
                                                               Clerk

                                                               /s/ K. Rusin
                                                               Deputy Clerk